UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM KRANS,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMPSON LITERARY AGENCY LLC,<br><br>    Defendant. | NO: 1:23-cv-03696-ER |

## **DEFENDANT'S RULE 7.1 STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Thompson Literary Agency LLC ("TLA"), files this disclosure statement certifying that

1. it is a privately owned corporation, that it does not have any publicly held parent corporation, and that there is no publicly held corporation that owns 10 percent or more of its stock; and

2. it is a New York corporation with its principal place of business at 48 Great Jones St., Suite 5F, New York, N.Y.

Dated:  New York, New York
          July 5, 2023

Respectfully submitted,

MILLER KORZENIK SOMMERS RAYMAN LLP

By:  /s/ Mona Houck
       Mona Houck
       David S. Korzenik

       1501 Broadway, Suite 2015
       New York, NY 10036
       mhouck@mkslex.com
       dkorzenik@mkslex.com
       (212) 752-9200

       *Attorneys for Defendant*