UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM KRANS,

                     Plaintiff,

      – against –

THOMPSON LITERARY AGENCY LLC,

                     Defendant.

**ORDER**

23-cv-3696 (ER)

RAMOS, D.J.:

      On July 11, 2023, an initial pre-trial conference was scheduled for August 17, 2023 at 10:30 a.m.  Doc. 7.  However, Counsel for Kim Krans, David Scott Becker and Karen Loreece Campbell, did not appear for the scheduled conference.  Accordingly, **the initial pre-trial conference is hereby rescheduled for August 29, 2023 at 10:30 a.m.** via telephone conference.  The parties are reminded to call the Court at (877) 411-9748 and use access code 3029857# when prompted.

      SO ORDERED.

Dated:  August 17, 2023
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.