UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM KRANS,

                Plaintiff,

-*against*-

THOMPSON LITERARY AGENCY LLC

                Defendant.

**MEDIATION REFERRAL ORDER**

23-cv-3696(ER)

Ramos, D.J.:

    IT IS ORDERED that this case is referred for mediation to the Court's Mediation Program. Local Rule 83.9 and the Mediation Program Procedures shall govern the mediation. The parties are directed to report back to the Court at the conclusion of mediation.

    It is SO ORDERED.

New York, New York
Dated: August 29, 2023

                                                                            Edgardo Ramos, U.S.D.J.