UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM KRANS,

               Plaintiff,

     – *against* –

THOMPSON LITERARY AGENCY LLC,

             Defendant.

**ORDER**

23-cv-3696 (ER)

RAMOS, D.J.

     The Court is in receipt of the parties' letter motion requesting an extension of time to complete briefing in the pending summary judgment motion, as well as to reschedule the February 2, 2024 pre-motion conference regarding Thompson's motion for a protective order to quash third-party subpoenas.  Doc. 32.  The Court GRANTS the motion and sets the following revised schedule for the motion for summary judgment:  Krans' response is due on February 2, 2024 and Thompson's reply is due on February 16, 2024. The pre-motion conference is rescheduled for February 16, 2024 at 11:30 am by telephone.  Krans is directed to respond by February 8, 2024.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

It is SO ORDERED.

Dated:   January 24, 2024
         New York, New York

                                     EDGARDO RAMOS, U.S.D.J.